**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

SALVATORE PUCCIO
Partner
Licensed in NY
Email: spuccio@garfunkelwild.com
Direct Dial: (516) 393-2583

FILE NO.:   12766.0002

**BY ECF**                                                                                   May 5, 2021

The Honorable Judge Robert M. Levy, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

     Re:    *Suarez v. Zahedi, M.D.*
             Docket No. 21-cv-1887 (AMD)(RML)

Dear Judge Levy:

     We represent Defendant in the referenced matter. We write with the consent of Plaintiff's counsel to obtain an enlargement of time for Defendant to respond to the Complaint in the referenced matter to June 2, 2021. This is Defendant's first request for an enlargement. The reason for the request is to allow counsel to investigate the claims and submit a response.

                                                                                Respectfully submitted,

                                                                                */s/ Salvatore Puccio*

                                                                                Salvatore Puccio

cc:    Arthur H. Forman, Esq. (via ECF)